**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Sarah Adela Coy, et al.
   *Plaintiff(s),*

v.                                     Case No. 4:19–cv–02908

County of Waller, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion to Dismiss for Failure to State a Claim – #22

DATE:  **2/6/2020**

TIME:  **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                    Date: January 29, 2020

By Deputy Clerk, A. Rivera